AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

In Re:
THE CATHOLIC BISHOP OF SPOKANE a/k/a THE
CATHOLIC DIOCESE OF SPOKANE,
                Debtor.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-09-0393-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Memorandum Opinion filed on June 17, 2010, Ct. Rec. 19, the following orders of bankruptcy court are AFFIRMED: 1) December 18, 2009 Order Regarding Payment Of Future Claims (Ct. Rec. 2392 in 04-08822-PCW-11); 2) December 18, 2009 Order Granting In Part And Denying In Part The Motion To Strike (Ct. Rec. 2393); and 3) Order Denying Motion To Seal (Ct. Rec. 2394).

June 17, 2010
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas